**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District MIDDLE |
|---|---|

Name (under which you were convicted): TERRY LEON, CARR

Docket or Case No.: 3:06-CV-844-MEF
CC-85-745

Place of Confinement: BULLOCK CORRECTIONAL

Prisoner No.: 14.26.07

Petitioner (include the name under which you were convicted)    TERRY LEON, CARR

v.

Respondent (authorized person having custody of petitioner)    ARNOLD M. HOLT: WARDEN

The Attorney General of the State of    TROY KING

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: LEE COUNTY CIRCUIT COURT
See additional attachments

   (b) Criminal docket or case number (if you know): CC-85-745

2. (a) Date of the judgment of conviction (if you know): October 31, 1985

   (b) Date of sentencing: October 31, 1985

3. Length of sentence: LIFE SENTENCE

4. In this case, were you convicted on more than one count or of more than one crime?    Yes ☐    No ☑

5. Identify all crimes of which you were convicted and sentenced in this case: I have only one crime charge, and that is a Murder Convition
See attachments Sheets Part one, and Part two additional information Sheet,

6. (a) What was your plea? (Check one)

   (1) Not guilty ☑          (3) Nolo contendere (no contest) ☐

   (2) Guilty ☐              (4) Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? **I only Pleaded not guilty to Murder,**

_____

_____

_____

**See attachments**

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ✔     Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ✔ No ☐

8. Did you appeal from the judgment of conviction?

Yes ✔ No ☐

9. If you did appeal, answer the following:

(a) Name of court: **Criminal Court of appeals**

(b) Docket or case number (if you know): **I don't know the case numbers**

(c) Result: **final Judgment affirmance. 4-15-87**

(d) Date of result (if you know): **Apri 15th, 1987**

(e) Citation to the case (if you know): **I dont know**

(f) Grounds raised: **I don't know because I have never been furnished a copy of the appeals brief, and the transcript court record Procedures documents**

**Please review the additional Page attachments information**

(g) Did you seek further review by a higher state court?     Yes ☐ No ✔

If yes, answer the following:

(1) Name of court: **NA**

(2) Docket or case number (if you know): _____

(3) Result: **NA**

(4) Date of result (if you know): **NA**

(5) Citation to the case (if you know):

(6) Grounds raised: _____

_____

**See attachments**

See attachments

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐ No ✔

If yes, answer the following:

(1) Docket or case number (if you know): _____ N A _____

(2) Result: _____ N A _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____ N A _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ✔   No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Lee County Circuit Court

(2) Docket or case number (if you know): CC-85-745

(3) Date of filing (if you know): 12-21-89

(4) Nature of the proceeding: Rule 32

(5) Grounds raised: Petition for relief from conviction or sentence, illegal sentence and conviction, circuit court refuse to furnish the petitioner with a copy of his trial transcript records, or a copy of his appeals brief,
The petitioner Eighth Amendment have been violated within the united States Constitutional rights Trial Counsel did not furnish a copy of the appeals brief, or a copy of the transcript

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐   No ✔

(7) Result: _____ N A affirmed _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Lee County Circuit Court

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): 1-4-90

(4) Nature of the proceeding: Rule 32

(5) Grounds raised: Relief from conviction or sentence illegal Sentence

_____ See attachments _____

_See attachments_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☑

(7) Result: _NA affirmed. No opinion_

(8) Date of result (if you know): _1-31-90_

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _Lee County Circuit Court_

(2) Docket or case number (if you know): _CC-85-745_

(3) Date of filing (if you know): _9-10-92_

(4) Nature of the proceeding: _Motion for Reduction of Sentence_

(5) Grounds raised: _did not receive a Correct notice of the range of Sentence before trial, the trial Court did not give the Petitioner a reasonable notice of the Maximum and Minimum that he could receive as a Sentence, I could not file any other remedies or issu because the Circuit Court nor trial Counsel never have furnished the Petitioner a Copy of the trial record transcript, or the appeals brief_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☑

(7) Result: _Affirmed - See attachments_

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:     Yes ☑ No ☐

(2) Second petition:    Yes ☑ No ☐

(3) Third petition:     Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _I never have received a copy of the appeals brief or a copy of the trial transcript record_

_See attachments_

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: The Court never gave the Petitioner a notice of the maximum, and minimum sentence range

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): I have Know transcripp record, or the said appeals brief to work with

See attachments

(b) If you did not exhaust your state remedies on Ground One, explain why: I never received the trial Court records, Please review the additional attachments information

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: I Still have not been furnished with a copy of the transcript, or the appeals Please review the additional attachments

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 32 - See Additional Attachments

Name and location of the court where the motion or petition was filed: Lee County Circuit Court

Docket or case number (if you know): CC-85-745

Date of the court's decision: See Attachment information

Result (attach a copy of the court's opinion or order, if available): _Please review_
_the additional information attachments_

(3) Did you receive a hearing on your motion or petition?

Yes ☐    No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐    No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _review additional_
_information attachment attachments_

Docket or case number (if you know): _____

Date of the court's decision: _review additional attachments_

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_See the additional attachment information_

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _See additional information_
_attachments_

_____

**GROUND TWO:** _See the attachments information_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_review additional information attachments_

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** The Court never gave the Petitioner a notice of the Maximum, and Minimum Sentence range

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): I have Know transcript record, or the said appeals brief to work with

See attachments

(b) If you did not exhaust your state remedies on Ground One, explain why: I never received the trial Court records, Please review the additional attachments information

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: I Still have not been furnished with a copy of the transcript, or the appeals Please review the additional attachments

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐    No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 32 - See Additional Attachments

Name and location of the court where the motion or petition was filed: Lee County Circuit Court

Docket or case number (if you know): CC-85-745

Date of the court's decision: See Attachment information

Result (attach a copy of the court's opinion or order, if available): _Please review the additional information attachments_

(3) Did you receive a hearing on your motion or petition?

   Yes ❑   No ✔

(4) Did you appeal from the denial of your motion or petition?

   Yes ❑   No ✔

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑   No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _review additional information attachment attachments_

Docket or case number (if you know): _____

Date of the court's decision: _review additional attachments_

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _See the additional attachment information_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _See additional information attachments_

**GROUND TWO:** _See the attachments information_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_review additional information attachments_

Page 8

(b) If you did not exhaust your state remedies on Ground Two, explain why: _See attachments_
_information_ _____
_____
_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _See attachments_
_information_ _____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ❑   No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _See attachments_ _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _See attachments_ _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _See attachments_ ____
_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_See attachment_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _See attachments_____

_____

_____

_____

**GROUND THREE:** _See attachments_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _See attachments_____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _See attachments_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _See attachments_____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _See attachments_____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❑  No ❑

(4) Did you appeal from the denial of your motion or petition?

    Yes ❑  No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _See attachments_____
_____

Docket or case number (if you know): _See attachments_____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_See attachments_____
_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _See attachments_____
_____
_____

GROUND FOUR: _See additional attachments_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _See and review_
_the additional attachments_

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _see attachments_

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❑  No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _see attachments_

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _see attachments_

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑  No ❑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑  No ❑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _see attachments_

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _see attachments_

_See attachments information_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_See attachments information_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _See attachments_

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ❑  No ❑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _I have never received My trial transcript or a copy of the appeals brief, see additional attachments information_

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_See attachments_

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ❑  No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _See attachments information_

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _NA_

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _Thomas E. Jones_

(b) At arraignment and plea: _Thomas E. Jones_

(c) At trial: _Thomas E. Jones 1438 Opelika Road, OR P.O. Box 1567 Auburn, Alabama 36831-1567_

(d) At sentencing: _Thomas E. Jones_

(e) On appeal: _Thomas E. Jones P.O. Box 1567_

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _No Counsel Pro-Se_

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _NA_   _NA_   _NA_

(b) Give the date the other sentence was imposed: _NA_

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☒ No ☐

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I, now have served over 21 years without knowing what information is or not in my trial transcript record, I don't know what information that's in the said appeals brief document,

The Lee County Circuit Court records will show that I have not yet been served with a copy of my trial transcript records, there is no showing that the records were ever forwarded to my mailing address in over 21 years of my incarceration

I still need my criminal trial transcript, and my said appeals brief copies,

The Lee County Circuit Court have caused this problem, I have been trying to work on my case but I have nothing to work with toward a good successful appeals proceeding, Lee County Circuit Court have violated my constitutional rights within this delay statute of limitation problems, Please review part one, and part two additional information sheet,

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Conviction or the Sentence, or have the Lee County Circuit Court to forward Me the entitled document records

or any other relief to which petitioner may be entitled.

_____NA_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ _____ (month, date, year):

Executed (signed) on ___9/19/06___ (date).

_Terry Leon Carr_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____ _____ _____

* * * * *

## PART TWO (2)
### Page one (1)
PETITION FOR RELIEF FROM A CONVICTION OR
SENTENCE, BY A PERSON IN STATE CUSTODY
PETITION UNDER 28 U.S.C. §2254 FOR A WRIT - -
OF HABEAS CORPUS

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, MONTGOMERY, ALABAMA

TERRY LEON, CARR
PETITIONER

VS.

STATE OF ALABAMA
RESPONDENTS

CASE: NUMBER, CC-85-745
$\overline{ID}$ $\overline{YR}$ $\overline{N^{\underline{o}}}$

I, have never had the Criminal
Court of appeals Case NUMBERS

Arnold M. Holt, Warden III, of Bullock Correctional Facility
P.O. BOX #5107 union Springs, Alabama 36089,

Troy King, the Alabama Attorney General, for the State of
Alabama, office of the Attorney General, Criminal Appeals
Division #11 South union Street, Montgomery, AL 36103

LEE COUNTY CIRCUIT Court, LEE COUNTY JUSTICE CENTER
#2311 GATEWAY DRIVE, ROOM 104 Opelika, ALABAMA 36801

Page two (2)

## EXTRAORDINARY

ON APPEAL FROM THE CIRCUIT COURT OF LEE COUNTY ALABAMA,

The Defendant Petitioner TERRY Leon, Carr, appear before this honorable Court Pro-Se, and brings this Petition before this Court for a good Cause With facts and good Supports,

The Petitioner Moves this honorable Court under a writ of habeas Corpus State remedies, Comes now Terry Leon, Carr, the Defendant, But hereon after the Defendant Will be using his name as the Petitioner Withinthis Petition,

The Petitioner Terry Leon, Carr, Is Presently incarcerated at the Bullock Correctional Facility, P.O. BOX #5107 union Springs, Alabama 36089

THE PETITIONER DEFENDANT REQUEST HIS FUNDAMENTAL RIGHT UNDER THE UNITED STATES CONSTITUTION OF RIGHTS, THE RIGHT TO FILE PAPERS, AND COMMUNICATE WITH THE COURTS, LAWYERS, LEGAL WORKERS, AND THE MEDIA,

The Petitioner, invoke this Petition under the Supreme Court Case of Bounds V. Smith, 430 U.S. 817(1977), States that Prisoners have a fundamental Constitutiona right of access to the Courts to receive Personal trial documents, and information from the Court records of the law,

The Petitioner states that his due-Process rights have been violated because he have not had any access to the Court Since his Criminal trial Case in the Lee County Circuit Court, the Petitioner States that the Lee County Circuit Court Clerk have never furnished him With a copy of his trial transcript records, the Petitioner states that his trial counsel did not furnish him With a Personal copy of his trial transcript, or a copy of the appeals breif,

Page three (3)

The Petitioner also further invoke this Petition under the case, Lewis V. Casey, 518 U.S. 343 (1996), which held that Prisoners have to show an "actual injury" and the existence of a non-frivolous legal to win an access to the court case.

The Petitioner states his legal claim under FRAP WITH ELEVENTH CIRCUIT I.O.P. Requesting copies of the record, [Pursuant to FRAP 45(d) and 11th, Cir. R. 45-1(b), the original record on appeal may not be circulated to counsel or parties (with the exception of the record copy of the transcripts), and the (supplemental appeals brief), counsel or parties may obtain copies of specified portions of the record upon payment of the 50¢ cents per page copy fee set forth in 28 U.S.C. § 1913. (The aforementioned copy fee is not automatically waived simply because a party has been allowed to proceed on appeal in forma pauperis.

The Petitioner states he invoke this Petition under the base of the first, Fifth and the fourteenth Amendment of the united States Constitution,

Page four (4)

The Petitioner further invoke this Petition under the Statute Code of Alabama. 12-17-94, Article one (1), Section six (6), of the Alabama Constitution, The open records Statute of the Code of Alabama, 36-12-40; the Alabama rules of Criminal Procedure, and the first, and fourteenth Amendments of the United States Constitution, Providing me with access to the records of my criminal trial within the Lee County Circuit Court,

The Petitioner States that Exhibit number one (1), is the correct document statement that the Petitioner filed in the Lee County Circuit Court requesting copies of the records of his Procedure Proceeding so that he could be successful in filing his Post-Conviction remedies in the Criminal Court of appeals, and ",
The Lee County Circuit Court, or trial Counsel has never assisted or furnished me in the Preparation of filing my Post-Conviction appeals remedies,

Page five (5)

(Anders Brief Information)

The Petitioner further invoke this Petition under the statutes of the Anders Briefs Section four(4), the appointed appellate lawyer Counsel Thomas E. Jones, did not furnished the indigent Petitioner with a copy of his appeals brief or a copy of his trial transcript record, Anders V. California, 386 U.S. 738, 87 S. Ct. 1396 (1967)

The trial Counsel Thomas E. Jones, has made a statement saying that he don't have any trial records to send me, or furnish me with,

Gerhart V. State, 122 S. W. 3d 459 (Tex. App.-Corpus Christi 2003) states an Anders brief must provide references to both legal precedent and pages in the record to demonstrate why there are no arguable grounds to be advanced, counsel's brief did not advance any arguable grounds of error, but did not contain a professional evaluation of the motion complying with Rule 6.5 T.R.A.P.. The Motion must contain (1), a list of current deadlines and settings," (2), the partys names and last known address, and telephone numbers, (3), a statement that a copy of the motion was delivered to the partys, and

Page six (6)

(5), a statement that the Partys was notified in writing of the right to object to the motion.

The Petitioner states that he did not receive any legal mail from his trial counsel, or from the Lee County Circuit Court, these Procedures are unfair Criminal Procedures that lacks the equality that is required by the fourteenth Amendment, trial counsel, and the Circuit Court have violated the Petitioner constitutional rights of the united States,

Page Seven (7)

## STATEMENT OF CASE

The Petitioner States that he now have been incarcerated over #21 Years Without Knowing What Within MY trial transcript records,

The Clerk of the Lee County Circuit Court Were directed by the Court to Provide or furnish Me With a COPY of MY trial transcript at the State expense, the Petitioner never received the COPY of the transcript record from the Clerk, the Petitioner Could not have file his appeals remedies in the Criminal Court of appeal on his Post-Conviction Which got affirmed on 5-1-90, on Memorandum with no opinion from the Court, a Certificate of final Judgment of affirmance five Years later after the trial,

Please review the exhibit document number one (1) Case action Summery CC-85-745, there can not be a legal Certificate of Service because I have not Yet been served With a Personal COPY of the appeals brief, or a COPY of the trial transcript record,

The Petitioner States that all of his attempts to Challenge his Conviction an Sentence have been unsuccessful because the Lee County Circuit Court has denied him legal access to his trial transcript records, I still need a Personal COPY of MY trial transcript record,

# STATEMENT OF CASE AND FACTS

The Petitioner further states that on or about the Month of August 27th, 1985 the Petitioner was arrested by the Lee County Sheriff Department investigators and Charged with the Crime of Murder in the first degree,

On September 12th, 1985 A grand Jury return a true bill by indictment Charging the Petitioner with first degree Murder of George William, Woods.

On October 31st, 1985 A grand Jury found the Petitioner guilty of Murder in the first degree,

The Petitioner further states that he has not been allowed to review the autopsy report of the said dead victim, the report from the Lee County Coroner office the investigation report from the Public officer with a cause of death,

The Petitioner further states that the Court, nor his Counsel Attorney did not allow him to review any document reports from the Alabama Department of forensic Scieness Crime Laboratory evidence, there were Know evidence to Connect the Petitioner to the intenionally cause of the death of the victim George William, Woods,

Page Nine (9)

The Petitioner further States that he did not have a deadly weapon of any type of knife within his possession,

The Petitioner further States that he were not allowed to review any statements from the state witnesses list of the State Prosecutor, I were not allowed to review any of the state evidence, or the said Police investigation Narrative report of the Murder case report,

The Petitioner further States that he were incarcerated within the Lee County Jail only #66 days and a grand Jury indicted him on 9-12-1985, and a grand Jury founded him guilty of Murder in the first degree on the date of 10-31-1985, the Petitioner States that the Lee County Sheriff investigators, nor the State Prosecutor, nor the Alabama Department of forensic Scieness Crime Laboratory inspection Analyst, nor the Lee County Coroner office do a good Professional evaluation of a Murder case inspection in Just #66 days,

Page Ten (10)

# CONCLUSION

After, a conscientious search of only eight documents of case action summery sheets from the Lee County Circuit Court, Clerks office, The Clerk wrote a note stating that, (These are all the records we have) When I requested copies of my trial transcript record,

The Petitioner states that he is a victim of a denial of due process of law, without the proper access to court trial records,

The Petitioner is a victim of denial of equal protection of the law,

The Petitioner is a victim of a false imprisonment,

The Petitioner is a victim of prejudice acts, within the Lee county Circuit Court,

The Petitioner is a victim of a malicious prosecution within the Lee County Circuit Court, the Petitioner ask this honorable court to review his claim violation that's not on record by the court clerk, and the reporter, and the trial counsel Attorney by not furnishing the Petitioner with a original copy of his trial transcript records it is the error fault of the Lee County Circuit Court,

The Petitioner states that it is necessary for the Circuit court to specific and give details on why the Petitioner have not yet been furnished a free copy of his trial transcript, or a copy of his said appeals breif documents, without the transcript record, and the appeals breif the Petitioner results on attacking his Post-Conviction will the Petitioner don't have enough of the trial Court Criminal Procedures document to file on his Post-Conviction in any Court Federal Court, or State Court, with the requested material of the Court records the Petitioner will never be successful with his appeal Court Status, the Conviction an - - - Sentence of the Petitioner Must be vacated dismiss under newly discovered evidence and material facts exist which require that this Conviction, an sentence be vacated by the Court, under the due-Process Violation of the open records statute of the first, and fourteenth Amendment of the U.S. Constitution,

# EXHIBIT NUMBER ONE (1).

---

_____
Date

Inmate's Name: **TERRY LEON, CARR**        AIS# **142607**

OFFICE OF THE CLERK                    **3:06-CV-844-MEF**
**LEE**_____ County Circuit Clerk
**OPELIKA**_____, Alabama

To Whom It May Concern:

I am presently preparing to pursue possible post-conviction remedies in Case #'s ___ **CC-85-745** _____. There are some documents that I am in need of from your office to assist me in the preparation of my post-conviction remedy. These documents, or at least some of them, may have been furnished previously; however, I am constrained because of circumstances beyond my control and must request that I be sent them at this time.

It is already established in the Circuit Courts that I am indigent, and my status has not changed. I make this request pursuant to the <u>Code of Alabama, 12-17-94;</u> Article I, Section 6 of the Alabama Constitution; The Open Records Statute of the <u>Code of Alabama, 36-12-40</u>; The Alabama Rules of Criminal Procedure; and the First and Fourteenth Amendments of the U.S. Constitution, providing me with access to the courts, due process and equal protection of the laws. If you are unable to provide me with the below listed documents, please explain to me why I can't have them.

Please provide me with a copy of the following documents:
- (1) Case Action Summary Sheet
- (2) Record of Transcript/Conviction Report
- (3) Arrest Report
- (4) Police Investigator's Report
- (5) Indictments
- (6) Notice of Intent to Enhance as HFOA status
- (7) Plea Agreements
- (8) "Ireland" Forms
- (9) Complaints/Affidavits
- (10) Any and all pre-trial motions

In short, please send me the entire Clerk's record and/or the Circuit Court's file for the above cited case number(s). These documents are important to me. Your earliest and most serious attention to this request is most appreciated.
Thank You.

Sincerely,

_Terry L. Carr_
_____

# EXHIBIT NUMBER ONE (1).

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|--------------------------------|
| 10/31/85 | Restitution hearing was held on this day after both the District Attorney and the Defendant announced ready for hearing. The Court finds from this hearing that the victim of this crime, _____ suffered a loss of $ *no loss* as a result of the defendant committing the following criminal act against the victim *Homerdangs the* The defendant is hereby ordered to pay to the said victim the sum of $_____ which also the court costs and the cost of the State of his court-appointed attorney as a condition of probation, if granted and if not granted, then the said restitution shall be paid by the defendant from any earnings he receives while in the penitentiary and if not paid prior to parole, then the restitution shall be paid during the term of his parole as a condition of parole, the said payment due to the victim as well as the court costs of $ *303.00* and the attorney fee of $ *1.000* to be paid to the Clerk of this Court. *B.H. Wright Jr Judge* |
| 12-9-85 | Motion for Appeal. |
| 12-9-85 | Order Appointing Attorney to Represent Defendant on Appeal |
| 12-19-85 | Notice of appeal and letter of transmittal |
| | VOL **15** PAGE **207** |
| 5-12-86 | Extension of time for Court Reporter to file transcript. |
| 10-16-86 | Transcript Mailed |
| 10-17-86 | Motion to accept Transcript as timely filed. |
| 10-21-86 | On Motion record on appeal accepted & considered as timely filed in this Court |
| 11-20-86 | Motion for Copy of Transcripts |
| 12-1-86 | Order |
| 2-25-87 | Copy of Opinion, Judgement not final. |
| 3-25-87 | Application for rehearing overruled. No opinon. |
| 4-15-87 | Certificate of Final Judgment of Affirmance |
| 12-21-89 | Petition for Relief From Conviction or Sentence |
| 12-28-89 | District Attorney's Response and Motion for Summary Dismissal of Defendant's Writ of Error Coram Nobis (Actual Rule 20 Petition) |
| 1-4-90 | Order that the Petition for Relief from Conviction or Sentence is hereby denied. |

 

| State of Alabama<br>Unified Judicial System<br><br>Form C-7 Rev. 2/79 | **CASE ACTION SUMMARY**<br>**CONTINUATION** | **Case Number**<br><br>CC 85 – 745<br>ID   YR         Number |
|---|---|---|

Style:

State vs. Terry Leon Carr

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-8-90 | Opposition to Respondant's Motion for Summary Dismissal |
| 1-10-90 | Motion to Appeal and Appointment of Counsel |
| 1-31-90 | Order that the Motion for Summary Dismissal is Denied; the Motion to Appeal and Appoint Counsel is before the Court and has been considered.  The request for appointed counsel is Denied.  The Clerk is directed to provide to the Petitioner, at State expense, a transcript of the record. |
| | |
| 2-14-90 | Letter of Transmittal of Notice of Appeal to the Court of Criminal Appeals |
| 2-14-90 | Certificate of Completion and Transmittal of Record on Appeal |
| 5-1-90 | Memorandum Opinion.  Affirmed.  No Opinion. |
| 5-17-90 | Certificate of Final Judgment of Affirmance |
| 9-10-92 | Motion for Reduction of Sentence |
| 9-16-92 | Order Denying Motion for Reduction of Sentence |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

```
A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R
                        ACTION SUMMARY
                   CIRCUIT   CRIMINAL              CASE: CC 85 000745 60
--------------------------------------------------------------------------------
  IN THE CIRCUIT   COURT OF        LEE   COUNTY                 JUDGE: RMH
--------------------------------------------------------------------------------
STATE  OF  ALABAMA                VS        CARR TERRY LEON
                                            BULLOCKK CORRECTIONAL CTR
CASE:  CC 85 000745 60                      P O BOX 5107
                                            UNION SPRINGS      AL  36089-0000
--------------------------------------------------------------------------------
DOB: 08/29/66  RACE: B   SEX:   M   HT:   OOO   WT: OOO   HR:       EYE:
SSN: 943000745     ALIAS NAMES:
--------------------------------------------------------------------------------
CHARGE1:   RULE 32                   CODE1: RULE LIT: MURDER I       TYPE:F
CHARGE2:                             CODE2: 0000                     TYPE:F
CHARGE3:                             CODE3: 0000                     TYPE:F
MORE?:          OFFENSE DATE: __/__/__   AGENCY/OFFICER:
--------------------------------------------------------------------------------
DATE WAR/CAP ISS: __/__/__           DATE ARRESTED:    __/__/__
DATE    INDICTED: __/__/__           DATE     FILED: 10/24/94
DATE    RELEASED: __/__/__           DATE   HEARING:    __/__/__
        BOND AMOUNT:          $.00   SURETIES:
--------------------------------------------------------------------------------
DATE 1: _____  DESC:  0000   TIME:   0000
DATE 2: _____  DESC:  0000   TIME:   0000
--------------------------------------------------------------------------------
DEF/ATY:                             TYPE:                      TYPE:
PROSECUTOR: MYERS, RONALD L
--------------------------------------------------------------------------------
OTH CSE: 0000000000      CHK/TICKET NO:                   GRAND JURY:
COURT REPORTER              SID NO: 000000000
DEF STATUS: PRISON   JURY DEMAND:                         OP ID: KAH
--------------------------------------------------------------------------------
  DATE            ACTIONS, JUDGMENTS, CASE NOTES
--------------------------------------------------------------------------------
```

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 10-21-94 | Petition For Relief From Conviction or Sentence |
| 10-21-94 | In Forma Pauperis Declaration |
| 10-24-94 | District Attorney's Response and Motion for Summary Dismissal of Defendant's |
| | Writ of Error Coram Nobis. |
| 11-3-94 | Order Granting Motion for Summary Dismissal |
| 11-15-94 | Notice of Appeal |
| 11-17-94 X | CERTIFICATE OF COMPLETION |
| 3-6-95 | Affirmed by Memorandum. |
| 3-24-95 X | Certificate of Final Judgment of Affirmance |
| 9-22-95 X | Motion to Compell Requested Information   (information sent 9/25/95) |
| 10/8/98 | Petition for Relief from Conviction or Sentence |
| 10/8/98 | In Forma Pauperis Declaration |
| 11-12-98 | District Attorney's Response and Motion for Summary Dismissal of Defendant's |
| | Writ of Error Coram Nobis |
| 12-15-98 | Order Dismissing Petition |
| 1-6-99 X | NOTICE OF APPEAL |
| 1-15-99 X | Notice of Appeal to Court of Criminal Appeals |
| 1-15-99 X | CLERK'S CERIFICATE OF COMPLETION--TRANSCRIPT MAILED TO COURT OF CRIMINAL APPEALS |
| 2/8/99 X | Court of Criminal Appeals Docketing Statement/Reporter's Transcript Order |

ACR0369   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 1985 000745.60
JUDGE ID:   RMH

STATE   OF   ALABAMA                    VS       CARR TERRY LEON

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|------------------------------|
| 4/30/99 | Memorandum --Affirmed by Memorandum |
| 5/18/99 | CERTIFICATE OF JUDGMENT OF AFFIRMANCE |
| 6/5/00 | Motion for Copy of Brief |
| 6/19/00 | Order denying Motion for Copy of Brief |

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 1985 000745.62
OPER: KAH                   CASE ACTION SUMMARY
PAGE:   1                   CIRCUIT   CRIMINAL              RUN DATE: 04/04/2003
===============================================================================
IN THE CIRCUIT COURT OF    LEE                                        JUDGE: RMH

STATE  OF  ALABAMA                     VS      CARR TERRY LEON
                                               BULLOCKK CORRECTIONAL CTR
CASE: CC 1985 000745.62                        P O BOX 5107
                                               UNION SPRINGS , AL  36089 0000

DOB: 08/29/1966        SEX: M  RACE: B  HT: 0 00  WT: 000   HR:      EYES:
SSN: 943000745  ALIAS NAMES:
===============================================================================
CHARGE01: RULE 32-FELONY        CODE01: RULE  LIT: MURDER I       TYP: F #: 001
OFFENSE DATE:                          AGENCY/OFFICER: 0430000

DATE WAR/CAP ISS:                      DATE ARRESTED: 04/02/2003
DATE    INDICTED:                      DATE    FILED: 04/02/2003
DATE    RELEASED:                      DATE  HEARING:
BOND      AMOUNT:          $.00            SURETIES:

DATE 1:              DESC:                  TIME: 0000
DATE 2:              DESC:                  TIME: 0000

TRACKING NOS:                    /                      /

   DEF/ATY: PRO SE                     TYPE: S                        TYPE:

                        00000                       00000

PROSECUTOR: ABBETT NICK

===============================================================================
OTH CSE:  000000000000 CHK/TICKET NO:                  GRAND JURY:
COURT REPORTER:                    SID NO:    000000000
DEF STATUS: PRISON                 DEMAND:                           OPER: KAH
NOTE: 4/2/03 PETITION FOR RELIEF FROM CONVICTION OR SENTENCE
===============================================================================
DATE          ACTIONS, JUDGEMENTS, AND NOTES
===============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 4/2/03 | PETITION FOR RELIEF FROM CONVICTION OR SENTENCE |
| 4/2/03 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |
| 5/13/03 | D.A's Response, Motion for Summary Dismissal of Defendant's Rule 32 Petition |
| 5/14/03 | Order Denying Petition *Respondent to Amend Response filed 5/13/03.* |
| 5/13/03 | *Defendant's Response to Respondent...* |
| 5/21/03 | *Notice of Appeal* |
| 5/28/03 | NOTICE OF APPEAL TO COURT OF CRIMINAL APPEALS |
| 6.4.03 | *Certificate of Completion Transcript Order* |
| 6.4.03 | *Reporter Transcript Order* |
| 9.19.03 | MEMORANDUM OF AFFIRMANCE FROM COURT OF CRIMINAL APPEALS |