# UNITED STATES DISTRICT COURT

Montgomery, For the _____ District of the Middle District Alabama

Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

CASE NUMBER: 3:06-844-MEF

Defendant

I, TERRY LEON, CARR _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

    If "Yes," state the place of your incarceration Bullock State Corrections

    Are you employed at the institution? NO   Do you receive any payment from the institution? NO

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. MY last working Pay Check were 8-23-85

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or inheritances | ☐ | ☒ |
    | f. | Any other sources | ☐ | ☒ |

    If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# AFFIDAVIT STATEMENT

FRAP 24. PROCEEDINGS IN FORMA PAUPERIS STATEMENT

I, Terry L. Carr, States that I have been incarcerated over #21 Years of imprisonment, I am still a indigent Defendant/Petitioner,

I, have no Money or funds in MY Prison PMOD account,

MY only Money of transactions is from MY Mother every other Month, and she is living on a fix Monthly income of disability,

I am still in the status of indigent Unable to Pay filing fees, I ask this honorable Court to allow me to Proeed on in this in forma Pauperis in this court,

Case Number

CC 85 745
ID YR NUMBER

(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
[Insert appropriate court]

TERRY LEON, CARR
(Petitioner)

vs.

STATE OF ALABAMA
(Respondent(s))

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, TERRY LEON, CARR, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No _X_

    a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
    NA
    NA

    b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
    My last pay check were September the #23, 1985 the amount was $310 dollars

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession, or other form of self-employment?
       Yes _____   No _X_

    b. Rent payments, interest, or dividends?
       Yes _____   No _X_

    c. Pensions, annuities, or life insurance payments?
       Yes _____   No _X_

    d. Gifts or inheritances?
       Yes _____   No _X_

    e. Any other sources?
       Yes _____   No _X_

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

NA

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____    No _X_

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   I receive Money from MY Mother every other Month, right now I don't have any Money in MY Prison account.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____    No _X_

   If the answer is "yes", describe the property and state its approximate value.

   NA

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   MY Mother

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____.
              (Date)

*Terry L. Carr*
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ _43.46_ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _BULLOCK COUNTY CORR. FACILITY_ institution:

_8-31-06_
DATE

*S. Cunningham*
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

BULLOCK COUNTY CORR FACILITY

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
               BULLOCK CORRECTIONAL FACILITY


AIS #: 142607      NAME: CARR, TERRY               AS OF: 08/31/2006

                  # OF        AVG DAILY         MONTHLY
         MONTH    DAYS         BALANCE          DEPOSITS
-----------------------------------------------------------------

          SEP      30           $3.58            $45.00
          OCT      31           $5.02            $20.00
          NOV      30          $13.44            $65.00
          DEC      31          $67.49           $120.00
          JAN      31          $33.93            $20.00
          FEB      28           $5.50            $30.00
          MAR      31           $4.52            $30.00
          APR      30           $8.32            $30.00
          MAY      31          $12.22            $30.00
          JUN      30           $8.52            $30.00
          JUL      31           $5.16            $30.00
          AUG      31          $46.19            $85.00
```