IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

TERRY LEON CARR, #142 607           *

    Petitioner,                             *

    v.                                      *    3:06-CV-844-MEF

ARNOLD M. HOLT, WARDEN, *et al*.,   *

    Respondents.                            *

_____

## ORDER ON MOTION

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done, this 28th day of September 2006.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE