IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| TERRY LEON CARR, #142607,       ) | |
| ) | |
|    Petitioner,       ) | |
| ) | |
| v.       ) | CASE NO. 3:06-cv-844-MEF |
| ) | (WO) |
| ARNOLD M. HOLT, *et al.*,       ) | |
| ) | |
|    Respondents.       ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on September 28, 2006 (Doc. #3), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that the application for habeas corpus relief filed by petitioner is DISMISSED as this court is without jurisdiction to review the instant petition.

DONE this the 17th day of October, 2006.

                                                /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE